UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZHIWEI XIE,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Respondents. | CASE NO. 2:26-cv-03760-JNW<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

On November 16, 2026, Petitioner moved to extend the deadline to file the traverse to his petition for a writ of habeas corpus. Dkt. No. 13. The Court GRANTS Petitioner's motion and extends the deadline to December 1, 2026.

Petitioner also moved to correct the named Respondents to be Markwayne Mullin, Secretary, Department of Homeland Security; Todd Blanche, Attorney General; Stephen F. Keane, Deputy Director, Executive Office for Immigration Review (EOIR); David J. Venturella, Director of Immigration and Customs Enforcement (ICE); Marcos Charles, Executive Associate Director for ICE

Enforcement and Removal Operations (ERO); Cammilla Wamsley, ICE ERO Seattle Field Office Director; and Bruce Scott, Northwest ICE Processing Center Senior Warden. Dkt. No. 14. The Court GRANTS Petitioner's motion and DIRECTS the Clerk to update the named Respondents.

Dated this 18th day of November 2026.

Joshua C. Lewis
Clerk
*/s/Kathleen Albert*
Deputy Clerk